IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-60417
Summary Calendar
_____

GLORIA JONES,

                                        Plaintiff-Appellant,

versus

SHIRLEY S. CHATER,
Commissioner of Social Security,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 4:94CV107LN
- - - - - - - - - -
June 5, 1996

Before HIGGINBOTHAM, DUHÉ, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[1]

    Gloria Jones appeals the district court's judgment affirming the denial of Social Security Supplemental Income and Disability benefits.  Jones asserts that the administrative law judge did not properly consider, and his hypothetical question did not address the effects of alcohol abuse or medication on her ability to work. We have reviewed the record and the briefs of the parties and find no reversible error.  Accordingly, we AFFIRM the

_____

    [1]  Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

judgment for essentially the reasons given by the district court. <u>Jones v. Chater</u>, No. 4:94CV107LN (E.D. Miss. June 12, 1995).